## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Stephen E. Keller, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> First Marblehead Corporation, Inc., Jack Kopnisky, Donald R. Peck, John Hupalo, Peter Tarr and Stephen Anbinder, <br><br> Defendants. | **Civil Action No. 1:08-cv-10612-JLT** |
| Sheet Metal Workers Local 28 Pension Fund, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> First Marblehead Corp., Jack L. Kopnisky, John A. Hupalo, Peter B. Tarr, Donald R. Peck, Stephen E. Anbinder, Leslie L. Alexander, and William R. Berkley, <br><br> Defendants. | **Civil Action No. 1:08-cv-10650-JLT** |

[Additional Captions Below]

**DECLARATION OF JOSEPH E. WHITE III IN SUPPORT OF THE MOTION OF PEMBROKE PINES FIRE AND POLICE PENSION FUND AND UNIVERSAL-INVESTMENT-GESELLSCHAFT MBH FOR CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF SELECTION OF CLASS COUNSEL**

| | |
|---|---|
| Charles J. Byrne, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiff, | **Civil Action No. 1:08-cv-10660-JLT** |
| vs. | |
| First Marblehead Corporation, Inc., Jack L. Kopnisky, Donald R. Peck, John Hupalo, Peter B. Tarr and Stephen E. Anbinder, | |
| Defendants. | |
| Ryan Edmundson, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiff, | **Civil Action No. 1:08-cv-10699-JLT** |
| vs. | |
| First Marblehead Corporation, Peter B. Tarr, Jack L. Kopnisky, Stephen E. Anbinder, John A. Hupalo and Donald R. Peck, | |
| Defendants. | |
| Nayereh Dehghan, on Behalf of Herself and All Others Similarly Situated, | |
| Plaintiff, | **Civil Action No. 1:08-cv-10712-JLT** |
| vs. | |
| First Marblehead Corporation, Inc., Jack Kopnisky, Donald R. Peck, John Hupalo, Peter Tarr and Stephen Anbinder, | |
| Defendants. | |

| |
|---|
| Robert M. Largent, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>First Marblehead Corporation, Inc., Jack Kopnisky, Donald R. Peck, John Hupalo, Peter Tarr and Stephen Anbinder,<br><br>                Defendants. |

**Civil Action No. 1:08-cv-10796-JLT**

I, Joseph E. White III, declare as follows:

1.      I am a shareholder of the law firm of Saxena White P.A., counsel for proposed lead plaintiffs Pembroke Pines Fire and Police Pension Fund ("Pembroke") and Universal-Investment-Gesellschaft mbH ("Universal") (collectively, "Movants"). I submit this declaration in support of the motion of Movants to consolidate all related cases, to be appointed lead plaintiff, and for approval of their selection of Co-Lead Counsel.

2.      Attached hereto as Exhibit A is a copy of a press release published on *Market Wire*, on April 10, 2008, a well-known, national, business-oriented publication, announcing the pendency of the lawsuit against defendants.

3.      Attached hereto as Exhibit B is a true and accurate copy of the certification of Pembroke setting forth their transactions in First Marblehead Corporation ("First Marblehead") common stock during the Class Period.

4.      Attached hereto as Exhibit C is a true and accurate copy of the certification of Universal setting forth their transactions in First Marblehead common stock during the Class Period.

5.      Attached hereto as Exhibit D is a chart setting forth the losses of Pembroke and Universal in connection with their transactions in First Marblehead common stock during the Class Period.

6.      Attached hereto as Exhibit E is the firm biography of Saxena White P.A.

7.      Attached hereto as Exhibit F is the firm biography of Motley Rice LLC.

I declare under penalty of perjury under the laws of the United States that the foregoing facts are true and correct.

Executed this 9th day of June, 2008 at Boca Raton, Florida.


                                    *s/Joseph E. White III*
                                    Joseph E. White III

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of June, 2008, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system. I further certify that on the same date I mailed the foregoing document to non registered participants as indicated on the attached Service List.

s/Joseph E. White III
Joseph E. White III

## SERVICE LIST

| | |
|---|---|
| Leslie R. Stern<br>lstern@bermanesq.com<br>Nathaniel L. Orenstein<br>norenstein@bermanesq.com<br>Jeffrey C. Block<br>jblock@bermanesq.com<br>Berman DeValerio Pease Tabacco Burt & Pucillo<br>One Liberty Square; 8th Floor<br>Boston, MA 02109<br>Tel: 617 542-8300<br>Fax: 617 542-1194<br><br>*Counsel for Plaintiff Stephen E. Keller* | David Pastor<br>dpastor@gilmanpastor.com<br>Gilman and Pastor, LLP<br>225 Franklin St.<br>16th Floor<br>Boston, MA 02110<br>Tel: 617 742-9700<br>Fax: 617 742-9701<br><br>*Counsel for Plaintiff Charles J. Byrne* |
| Adam M. Stewart<br>astewart@shulaw.com<br>Thomas G. Shapiro<br>tshapiro@shulaw.com<br>Shapiro Haber & Urmy LLP<br>53 State Street<br>37th floor<br>Boston, MA 02109<br>Tel: 617 439-3939<br>Fax: 617 439-0134<br><br>*Counsel for Plaintiff Ryan Edmundson* | Nathaniel L. Orenstein<br>norenstein@bermanesq.com<br>Jeffrey C. Block<br>jblock@bermanesq.com<br>Berman DeValerio Pease Tabacco Burt & Pucillo<br>One Liberty Square; 8th Floor<br>Boston, MA 02109<br>Tel: 617 542-8300<br>Fax: 617 542-1194<br><br>*Counsel for Plaintiff Stephen Nayereh Dehghan* |
| David Pastor<br>dpastor@gilmanpastor.com<br>Gilman and Pastor, LLP<br>225 Franklin St.<br>16th Floor<br>Boston, MA 02110<br>Tel: 617 742-9700<br>Fax: 617 742-9701<br><br>*Counsel for Plaintiff Robert M. Largent* | Jeffrey B. Rudman<br>Jeffrey.rudman@wilmerhale.com<br>Sherry Hartel Haus<br>Sherry.haus@wilmerhale.com<br>William H. Paine<br>William.paine@wilmerhale.com<br>Lauren G. Brunswick<br>Lauren.brunswick@wilmerhale.com<br>WilmerHale LLP<br>60 State Street<br>Boston, MA 02109<br>Tel: 617 526-6912<br>Fax: 617 526-6912<br><br>*Counsel for Defendants First Marblehead Corporation, Inc., Jack L. Kopinsky, Donald R. Peck, John Hupalo, Peter B. Tarr, and Stephen E. Anbinder* |