# EXHIBIT 1

Company Name: First Marblehead Corp/th
Company Ticker: FMD US
Date: 2007-01-25
Event Description: Q2 2007 Earnings Call

# Q2 2007 Earnings Call

# MANAGEMENT DISCUSSION SECTION

## Operator

Good day ladies and gentlemen and welcome to the second quarter 2007 First Marblehead Corporation earnings conference call. [Operator Instructions]. At this time, I will turn the call over to your host Mr. Peter Tarr, Chairman and General Counsel for First Marblehead. Sir, please proceed.

## Peter B. Tarr, Chairman of the Board of Directors and General Counsel

Thank you very much. Good afternoon and welcome to the First Marblehead earnings call for the second quarter of fiscal 2007. Jack Kopnisky, President and Chief Executive Officer; John Hupalo, Chief Financial Officer will be participating on this call. Ken Klipper, our Treasurer and Chief Accounting Officer is also with us.

Various remarks that we make about the company's future expectations, plans and prospects constitute forward-looking statements for the purpose of the Safe Harbor provisions under the Private Securities Litigation Reform Act of 1995. Actual results may differ materially from those indicated by these forward-looking statements as a result of various important factors including those discussed in the company's 10-Q for the quarter ended September 30, 2006 under the caption risk factors which is on file with the SEC. Any forward-looking statements represent our views only as of today and should not be relied upon as representing our views as of any subsequent date. While we may elect to update these forward-looking statements at some point in the future, we specifically disclaim any obligation to do so even if our views change. Therefore, you should not rely upon these forward-looking statements as representing our view as of any date subsequent to today.

I will now turn the call over to Jack.

## Jack L. Kopnisky, Chief Executive Officer, Chief Operating Officer and President

Good afternoon everyone and thank you for joining the call today. We are pleased to share with you the results of a strong second quarter and year-to-date results. For our second quarter ending December 31, 2006, we achieved service revenues of $194.9 million, earnings of $81.2 million or $0.85 per diluted share. Our operating margin for the quarter was 70%.

On a year-to-date basis, total revenue is $500.7 million, earnings of $222.2 million, and earnings per share of $2.34. Since we had one securitization in the first two quarters of fiscal 2006 and have facilitated two securitizations over the same period in fiscal 2007, the best comparisons to reflect the tremendous progress we have made thus far are six-month comparisons.

On a year-to-date basis, revenue has grown 87%, earnings are up 110% and earnings per share have grown 115%. Our revenue and earnings growth have been driven by strong growth in loans available for securitization and a superior securitization execution. For the quarter, we facilitated $687 million of loans available for securitization, a 26% increase over the same period last year.

In December, we securitized $724 million of private student loans. The quality of the loans, mix of higher yielding direct-to-consumer assets and strong investor demand drove blended yields of 20.1%. The yield on the securitization was the highest of any of First Marblehead's previous securitizations.

# Bloomberg

Our business development activities are driving increased volumes. During the quarter, we added five new clients and expanded our relationship with six existing clients. Our ability to bring in new clients especially those with large consumer bases that are entering the private student loans space and expand our business with our existing clients will enable us to drive incremental volumes and diversify our client base.

During the quarter, the Board declared a 3 for 2 stock split in addition to increasing the quarterly cash dividend 20% to $0.12 per share. This was the second consecutive quarter in which the Board increased the dividends by at least 20%. During the quarter, the company did not repurchase any common stock under the previously authorized repurchased program. Approximately 3.5 million shares remain authorized for repurchase under the program. A committee of our Board continues to direct purchase activity.

Volume continues to grow. The graph on slide four represents the trailing 12 month volume overall and most importantly volume available for securitization. For the 12 months ended December 2006, volume was $3.5 billion. As I previously mentioned, loans available for securitization increased 26% for the quarter. On a year-to-date basis, loans available for securitization increased 34% and over the past 12 months 39%. Our overall growth rates were higher than growth in private loans reported by our competitors and the industry over the past year. For the quarter, direct-to-consumer loans increased 35% and school channel loans increased 9% over the same period last year. GATE loans declined 9%.

Over the past 12 months, direct-to-consumer loans increased 47%, school channel loans increased 24%, while GATE loans which represents less than 3% of our total volume declined 1%.

We are very pleased with our strong direct-to-consumer and school channel growth rate. Our highest margin products are in the DTC channel, which also enjoys the highest growth rate. We continue to see a movement of consumers to the direct-to-consumer channel, although the school channel including GATE loans remained significant and is a viable opportunity for expansion and growth. As we have entered the second peak, which started in December, our momentum is resulting in strong application flow into January.

Our market share is reflected on the bottom of the slide. Market share is measured annually by data from the College Board. Over the past five years, our market shares increased each year to an overall market share of 20%. We estimate that our overall direct-to-consumer share ranks us first among our competitors, while our school channel market share has doubled over the past three years.

We continue to make strong progress in expanding our client and revenue base. During the quarter, we added five new clients and expanded our relationship with six existing clients. Of note for new clients is E-LOAN, a successful fast-growing provider of financial products, who has entered into an agreement with us to provide private student loan services to them.

We also recently renewed and extended our relationship with one of our largest clients, NextStudent for an additional two-and-a-half years. We have expanded our relationships to include direct-to-consumer initiatives with Comerica and U.S. Bank; large regional banking companies and Brothers Group through their studentloans.com website. Our prospect pipeline is broad and diverse. We are working with a number of potential new entrants into the market as well as those who want to expand their product offering.

During the quarter the demand for our marketing resources by our clients continued to grow. As we have been growing our business development team, we have grown our marketing team. We have recently announced a new leader of that team Greg Johnson who comes to us with 20 plus years of experience as an industry expert, most recently as Managing Director of Arnold, International.

In December, we closed the acquisition of Union Federal Savings Bank. This acquisition will enable us to bring more products and service solutions to our existing and future clients. The structure of the Federal thrift will enable us to partner with our client to ultimately bring a full suite of services to the borrowers. We continue to make significant investment in our technology and operations platforms. Our objective is to create a superior client experience for the borrowers and improve the economics and efficiencies within our operating environment.

Our operating metrics have continued to improve as we execute our strategy. Lastly, our team's focus continues to be on delivering results to our shareholders and clients. We have significantly improved our ability to bring value to our clients and their borrowers.

Now let me turn the call over to John Hupalo, our CFO who will take you through our detailed financials. John?

# Bloomberg

## John A. Hupalo, Senior Vice-President and Chief Financial Officer

Thank you Jack. My comments today cover three general areas. First, I'll recap the highlights of the company's excellent financial performance during the second fiscal quarter of 2007, which ended on December 31, 2006. Next, I will spend a few moments discussing the modifications we made to our financial statements to account for the consolidation of our first acquisition, Union Federal Savings Bank, which was completed on November 30, 2006. Finally, I will make a few comments on the key assumptions used to value our residuals and I will wrap up with one announcement.

By all measures, the second fiscal quarter was an excellent one for our clients, for the company, and very importantly for our shareholders. During the quarter First Marblehead facilitated the securitization of $724 million of private credit student loans, generating cash earnings of $88.6 million and $57.2 million of receivables in the form of residuals and additional structural advisory fees. The transaction, which included our second consecutive offering of triple-B-rated [BBB] bonds was very well received by the asset backed securities market.

We have worked hard to establish a consistent, reputable debt-financing platform to generate quality earnings for our shareholders. This transaction shows that the BBB financing structure continues to meet this test. Market conditions permitting, we expect future securitization of similar assets to use this funding structure.

We are pleased to note that in calendar year 2006, First Marblehead Trust issued approximately $4.7 billion of debt, positioning the company fourth among all securitizers of self and private student loan collateral as up from our fifth place finish in calendar year 2005. Having completed 10 private student loan securitizations over the past two calendar years, First Marblehead is by far the most frequent issuer of private student loan securitizations in the industry. Since the company was founded, we have completed 33 private student loan securitizations to the par value of over $12 billion.

As I move into a discussion of the company's financial performance, I would like to reiterate Jack's point that the typical current to prior year quarterly comparisons are not as informative in this quarter because we completed one securitization in each of the first two fiscal quarters of 2007 compared to one in the first two quarters of fiscal year 2006. Therefore, for this quarter the six-month comparison is the most appropriate and will be used for the basis for my remarks. In the past, we have said that the company has a history of growing revenue very significantly and growing net income at an even faster rate. This highly favorable trend continued in this six-month period.

As slide six shows, First Marblehead's total revenues for the first six months of fiscal year '07 were $500.7 million, 87% greater than the same period in FY '06. Net income for the six-month period of $222.2 million compared to $105.9 million is an outstanding 110% increase over the same period last year. The company's diluted earnings per share of $2.34, 115% greater than the same period in FY'06. This strong performance is driven by the high quality assets generated by our lender and marketer partners. For the quarter ended December 31, loans available to First Marblehead for securitization totaled $687 million, a 26% increase over last year. The 12-month rolling volume of loans available for securitization increased in the six-month comparable period by 39% to $3.5 billion in fiscal '07.

We are obviously very happy to report these excellent results for the first two quarters of 2007. Jack highlighted the excellent yields we achieved on our most recent securitization. I would like to emphasize that the comparatively high blended yield of over 20%, if not a benchmark for blended yields for future securitizations.

As we have stated in the past, these aggregate yields are a function of many variables, the most important of which is the blend between school channel and direct-to-consumer loans in a particular deal. In this transaction, 93% of the loans came through the DTC channel, which has a greater yield in part due to higher acquisition costs resulting from the marketing required to generate these loans. Only 7% of the loans came through the lower-yielding school channel. The yield achieved in each channel by components, that is, the cash which comes in the form of up-front structural advisory fees paid at the time of securitization and receivables which come to the company over time in the form of additional structural advisory fees and residuals are good directional indicators of what we expect to earn on these loans by channel for the next few securitizations.

In addition to the securitization revenues, our quarterly earnings are affected by the valuation adjustments, both positive and negative that we record for our residuals and additional structural advisory fees. On page 8 of the press release, we provide detailed components of these valuation adjustments. There are a number of factors that impact these

# Bloomberg

adjustments, the major one being the passage of time in addition to loan performance and other changes and other assumptions. The net effect of these various factors led to a contribution of revenues from residuals and additional structural advisory fees of $14.8 million for the quarter. There are two other areas in the financials that bear noting.

First, our effective tax rate for this quarter is 41.5% up marginally from 40.6% last quarter due to intricacies in the Massachusetts based tax system resulting in an increase in the rates we paid. We expect our full-year tax rate to be approximately 41%. Second, with regard to expense control, we continue to grow revenue at a faster clip than expenses. Given the growth of the company is reasonable to expect current quarter comparison to year prior quarters to show expense growth, which is the case in this quarter compared to a year ago. However, the comparison to the first fiscal quarter is favorable primarily as a result of how incentive compensation is recorded.

Incentive compensation is booked quarterly based on a relative contribution of each quarter to our annual results. A large first fiscal quarter 2007 securatization accelerated a relatively greater portion of the annual incentive compensation expense into that quarter. All of that said, what's most important is that we continue to increase revenues faster than expenses.

Let's turn to the consolidation of Union Federal Savings Bank on to First Marblehead balance sheet and income statement. Union Federal is a 13 employee, single branch bank located in North Providence, Rhode Island with an asset base of approximately $41 million. Although the banks impact on our financial statements is currently immaterial, I would like to point out a few modifications we have made to the form of our financial statements.

Starting in this quarter and going forward, you will see an asset heading called loans 'held-for-sale'. Initially these are more readjusted held by the bank prior to sale. The liabilities section of the balance sheet now includes a line item for deposits. Those are principally CDs and pass book savings accounts. On the income statement, we have provided for total service revenues and net interest income separately to provide investors with an easily recognizable category to continue comparing our service revenues to periods passed, while also allocating a place at which future Bank's spread income can be consolidated with other FMD spread income.

Now, I would like to make a few comments about the performance of the underlying loan portfolios and their effect on the residuals booked on our balance sheet. There has been much discussion and speculation over recent quarters about prepayment activity in the portfolio. As we said in the past, we closely monitor all the drivers affecting the value of the residuals on our balance sheet. We consider the five key assumptions, interest rates, defaults, recoveries, discount rate, and prepayments as a package when valuing the residuals. We are also cognizant of the fact that unlike virtually every other consumer asset student loans have an unusually long repayment period, and average life. In addition to no prepayment penalties, our borrower-friendly student loan products typically do not require any principal and interest payments for up to five years, while the student is in school, followed by a repayment term of up to 20 years.

This extended life cycle of the loan takes the borrower and their lender through a number of economic cycles. In this context, six months or one year in the life of the typical loan is a relatively short period of time. As a result of the cyclicality over long periods of time, certain assumptions will become relatively more or less important at any particular point in the life of the loan.

Clearly in the current environment the prepayment view assumption is the evaluation driver we have been monitoring and evaluating most carefully. Prepayment rates have trended above our assumption for the prepayment rate we expected to see at this point in the life of some of the loans in our securitized pool, which is why we have consistently talked about the timing of prepayment being an issue. I would like to elaborate on this. There are many factors which affect the consumer's repayment behavior, some of these may be attributed to a longer-term macroeconomic cycles in the economy. Manifested in indicators like interest rates, other factors include industry specific trends such as the effect of federal loan consolidation on private loan portfolios.

Sometimes very short-term factors like the December holiday period bring temporarily higher delinquencies in consumer assets across the board. In this context, we continue our ongoing analysis of what we believe are the potential drivers of current prepayment activity in our portfolio. The inverted yield curve and its impact on other financial products and the consolidation of private loans.

Since 1965 there have been seven inverted yield curves, three of them lasted less than six months, the other four lasted between 11 and 17 months. Two of the historical inversions occurred in a period for which we have student loan repayment data in our proprietary database. In these periods the economic reality is that collateralized financial products such as mortgage and home equity loans, which are priced off long-term rates, become more attractive to

consumers than products priced off of short-term indices. Our data showed an initial increase in prepayment activity, which subsequently retreated from the high mark observed during the inversion.

Our current prepayment curves of course were built using the proprietary TERI data collected through these years prior to -- to these prior yield curve inversions and therefore have been informed by those experiences. Simultaneously, consolidation loan activity in the federal loans space was at a feverish pitch over the summer of 2006 with the overhang being funded well into the fall. We previously cited this as one driver of private student loan prepayment activity, although at rates not anywhere near those found in the self-market and we continue to believe that this is a contributing factor.

On our first-quarter 2007 earnings call in October we noted that prepayment rates decreased from the fourth quarter 2006 levels. The prepayment rates for the second quarter of '07 have trended in a generally favorable direction as well, but are still above our expectations for this point in the life of those loans. In light of the historical context over 20-year asset and our ongoing monitoring program and analysis, we have concluded that it is not necessary to alter any of our assumptions at this time. However, we carefully continue to monitor and evaluate the appropriateness of each of the assumptions we make including the prepayment rate, and will modify one or more of them in the future if and when appropriate.

I'll close with a brief announcement. We are pleased to announce that Gary Santo an 11-year veteran of First Marblehead has accepted the position of vice president, investor relations reporting to me. Gary was previously a senior member of First Marblehead securitization team and brings in-depth knowledge of the company, our program and the industry to this important position. It is our intention to continue making our business model more transparent to investors and Gary will focus his efforts in that area.

I would be happy to answer any questions. After Jack's final comment. Jack?

## Jack L. Kopnisky, President, Chief Executive Officer and Chief Operating Officer

Thanks, John. As we move to the future, we are planning our next securitization activity from March and remain on plan to complete securatizations on a quarterly basis in fiscal year 2007. The composition of the next securitization will include a higher percentage of school channel loans than our December securitization due to seasonality. Our plan is to continue to expand our securatization as the market and business dictate. As changes have occurred in Congress, there have been a number of legislative proposals designed to help students achieve their education dreams. We have always advised students and families to consider a whole range of financial alternatives, and especially to utilize federal loan programs before considering private loans. HR 5 the College student relief act of 2007 provides a 50% reduction in interest rates on federally subsidized Stafford student loans over a five-year period.

The impact on our model is generally positive given the increased affordability of federal loans as part of the financial aid package. We would anticipate additional proposed legislation over the next 12 months.

There continues to be a significant need for private capital in this market space. The gap between the rising cost of education and the means for students and families to meet those rising costs continues to expand. Our recent computation of this gap using College Board and congressional research data for 2005-2006 shows a gap of $122 billion.

Last year, private student loans filled $17.3 billion of that gap. By 2009 private student loans could represent a 30 to $50 billion opportunity based on a 20 to 30% growth rate. We continue to be well positioned for future success. Our model provides value-added solutions to our clients by enabling them to enter a fast-growing market space with relatively little capital and no risk while enjoying high return fee income.

Our ability to market private-label solutions effectively process and ultimately monetize private student loans is a competitive advantage. We continue to be optimistic about the future and look to expand our services and offerings to our clients and deliver strong returns for our shareholders.

Finally, we look forward to hosting our second Investor Day here in Boston on February 12. The event will be webcast and will include a focus on our securatization program, as well as a management presentation from our senior executives.

# Bloomberg

Now let's open the line for questions.

# Q&A

### Operator

[Operator Instructions] We will take our first question from Mr. Matthew Snowling of Friedman, Billings, Ramsey. Please proceed sir.

<Q - Matthew Snowling>: Yes. Hi, good evening.

<A - Jack Kopnisky>: Hi, Matt.

<Q - Matthew Snowling>: I guess my question is for John. I'm just curious as to why you are confident or you're comfortable with the current prepayment assumptions given that talking to some of your competitors they are being much more aggressive in offering consolation products and obviously we have seen very high consolation rates in the self market. So, isn't this a product that is here to stay, I guess, is my question and therefore, shouldn't we assume these types of levels going forward?

<A - Jack Kopnisky>: Yes, thanks for the question, Matt. We talked about this before in a few different contexts. But, let me take this opportunity to remind everyone that the economic reasons for self-consolidation are fundamentally different than that we would find in the private loan market. The aberrations that occurred there as a result of those federally legislated rates will not find their way into market rates that we're finding in the private-loan arena. Having said that, we didn't -- as I said in the prepared remarks, the feverish pitch of consolidation loan activity in the federal space over this summer that drifted into the fall, and we did see increases in our consolidation rates in the private loan portfolio, as some fallout from that. The reality is and we post these now on a monthly basis, on the service reports is that although the level of increase of prepayment is up, the absolute dollar amounts of the prepayments are still in a very manageable position. So, your point about additional competition, and yes, we obviously monitor this carefully to understand what others in the industry are saying. We are not convinced that this is going to be as rampant of a circumstance as it was in the federal space, and we're confident that we have programs in place to manage that risk.

<Q - Matthew Snowling>: Okay. Just a couple of quick follow-ups then.

<A - Jack Kopnisky>: Sure.

<Q - Matthew Snowling>: Obviously, you didn't change the assumption for the prepayment fees, but are there any other adjustments in terms of the default and recovery assumptions?

<A - Jack Kopnisky>: No, thank you. We look at this again as a package with all the assumptions and review those on a monthly and quarterly basis, and we have not made any changes to any of those assumptions in this quarter.

<Q - Matthew Snowling>: Okay. And I think you were posting a CPR rate on stack pool basis, at least for June, I was just wondering if you could provide that?

<A - Jack Kopnisky>: Yes. If you -- we as a result of Reg AB post those rates periodically and we have done it now on a semiannual basis. On a semiannual basis and in the current draft that went up this morning, our current report that went up this morning, you'll see published rates there for the 06-1, 06-2, and 06-3. So, the semiannual CPR speeds for each one of those trusts. 06-1, there are speeds there for June and December 06-2 and 06-3 just for December. You will note though of course that those are data points. So, to draw conclusions from those couple of data points, we don't think it's prudent at the moment.

<Q - Matthew Snowling>: Right. I must have missed that. Okay, thanks.

<A - Jack Kopnisky>: Sure.

### Operator

We will take our next question from Mr. Mark Sproule of Thomas Weisel Partners.

# Bloomberg

**<Q - Mark Sproule>**: Thanks. I guess to -- you touched a little bit on the pre-term, you are mentioning the sort of historical database benefits from TERI, I guess one of the questions I have on that is as we have seen the private loan marketplace grow rapidly and you referenced that as well, how do you look at the comparison tool viability of that historical database going back into the periods of negative yield curve environment?

**<A - Jack Kopnisky>**: Mark, we think it's a very valuable tool and we've said all along a real competitive advantage and part of that is really coming home to roost in this current environment. We do have enough data now to go back and see what some of that activity was in those two prior inverted curve periods that allow us to know with some degree of confidence when we hit a peak where we are coming from off of that peak. And although I think your point is the right one that there are more data points in the last few years than there were in previous years, we have found the credit data and the performance data to be quite informative and predictive in the current environment.

**<Q - Mark Sproule>**: Gotcha. Then if you look at the -- the comment you made of market sizing growth, how do you look at some of the regulatory shifts impacting maybe this year and next year for growth in private loans given expectations maybe will shift from the Grad Plus product etcetera?

**<A - Jack Kopnisky>**: I think overall it is very clear that the cost of education will continue to go up and it is also very clear that it's a big dollar amount from the federal government to contribute whether it's through grants or other federal loans to even mildly affect that. I think the statistic I used is there is a gap between the cost of college and the level of federal loans support of $122 billion. Our view is that gap is only going to get larger and that even the proposals that are out there now in terms of legislative changes will not have a significant impact on lessening that gap. So, we view this marketplace to continue to grow significantly into the future.

**<Q - Mark Sproule>**: Got you. And then on the blended yield that you guys have posted in the quarter for securitization I see as very positive. Is that something we can use as a sort of a benchmark going forward and what would impact that variability? It's obviously been expanding pretty nicely over last couple of quarters? Thanks.

**<A - Jack Kopnisky>**: Sure. Thanks, Mark. No, as we said in the prepared remarks we don't believe that that is a benchmark but what is informative is the yield by channel, which we think are more indicative of yields by channel that we will see in the next few securitizations.

**<Q - Mark Sproule>**: Thanks.

**<A - Jack Kopnisky>**: You're welcome.

# Operator

We will take our next question from Tim [indiscernible] of UBS.

**<Q - Michael Taiano>**: Hello.

**<A - Jack Kopnisky>**: Hello.

**<Q - Michael Taiano>**: Hi. Sorry I didn't get it, the name was different. It's Mike Taiano from UBS. Question, a couple of questions on the – actually on the 2006 pools that you were referring to earlier the adjustment on the prepayment rates for December. I guess if we look at 2006-1, it went from from 3.24 to 3.81?

**<A - Jack Kopnisky>**: That's right.

**<Q - Michael Taiano>**: Now -- how do -- maybe you can help us, how do we view that in the context of your overall prepayment assumption of 7% when valuing the residual. Is there some way to compare it at all or no?

**<A - Jack Kopnisky>**: Yes, that's a terrific question. I am glad that you brought that up -- this goes back to our consistent comment about needing to understand the life of the loan and the prepayment assumption at each point along that curve and so what you're seeing here are very newly seasoning trusts that will have some variability in those rates. So, I think you're right to point that out that this is -- as I said before to the earlier question these are really short data points and it would not be informative to try and draw too many conclusions from that. What we are hoping to do on our Investor Day is go into a lot more detail on these kinds of issues, Mike and hopefully you and others will be able to make that, we can have a better forum to discuss at least some of the detail of how that comes to play.

# Bloomberg

<Q - Michael Taiano>: Okay. And I guess similarly on the credit assumptions, I guess if we look at your oldest publicly available trust it is 2004-1?

<A - Jack Kopnisky>: Right.

<Q - Michael Taiano>: The default rate on that or the gross default rate is up to 531, which I assume is compare or your overall is 9% for the entire life of the loan. Like is that basically in line with your assumptions at this point even though the pool is basically only two years old?

<A - John Hupalo>: Let me -- I will make a general statement and that applies to that particular trust. When we have gone back and looked at each one of the five drivers including the default rates, we have found that they are in line with what our expectation is for this point in their development. I think your point though about any particular trust it's really important. There are some variations trust-to-trust with regards to some performance, either prepayment performance or credit performance or recovery performance, whatever it might be. And we do monitor that carefully to run it against what our expectation is.

<Q - Michael Taiano>: Okay. Okay, fair enough. And then lastly, not to beat the prepayment issue to death, but just wondering how you guys would go about addressing it, obviously in the federal loan business where the lenders actually originate and hold the loans? It seems more apparent how they would be able to defend their portfolio from being consolidated. You guys are working in conjunction with other lenders. I was just curious as to how we should think about how you would approach protecting your existing portfolio?

<A - John Hupalo>: Absolutely. The difference and the similarity frankly is that we own those loans. So, in effect, although we were not the originating lender, we have the same opportunity to have a defensive play on the portfolio as a lender would have.

<Q - Michael Taiano>: Okay. Even though the borrower won't necessarily recognize your name -- it would be the partner's name. So, you would -- would you effectively -- in other words, if it was originated through Chase. Would you then go to Chase to somehow get them to protect that loan or would there be some other way?

<A - Jack Kopnisky>: No, I think Mike, the way that would work is that as the owner of the loan, we would have an opportunity, a variety of different opportunities to make a new loan and make a new -- in fact a consolidation loan of that particular asset. So, we would not need to go back to any of the originating lenders for that.

<A - John Hupalo>: Remember, the originating lenders are already paid for those loans as a result of the marketing fee that we paid them.

<Q - Michael Taiano>: Right. So just to be clear, so would you approach them under the First Marblehead name, like if you were to solicit them to consolidate their loans?

<A - Jack Kopnisky>: We have not made a determination of how we're going to defend the portfolio on that. We haven't announced any products to that effect yet.

<Q - Michael Taiano>: Okay, thanks.

<A - Jack Kopnisky>: You are welcome.

# Operator

We will take our next question from Mr. Mike Hodes of GLG Partners. Please proceed.

<Q>: Yes, hi, good afternoon guys. A couple of quick questions. First, just a clarification, on the impairment to the residual, it looks like in the text, the last page of the press release, it says that there were some offsets to that and it suggests that there were changes in assumptions. I was just curious what those were?

<A - John Hupalo>: Sure. We are not changing to the assumptions Mike. As we said in the prepared comments there are valuation drivers both up and down in any of those particular residuals. It turns out in this particular case on some of the newly seasoned trusts or some of the most recent trusts that we originated we had an opportunity to adjust that valuation and they were a slight ups. So an increase in the value of those trusts. That is fairly typical in the seasoning process. We have new data elements that come in, trust balances that come in, find out that some loans are actually entering repayment sooner or a little later, which would have some effect on the ultimate residual value.

# Bloomberg

<Q>: Got you. Got you, thanks, that's helpful. And then -- in terms of First Marblehead's push into helping clients market better. I was hoping you could just clarify what dollar revenues you had associated with the marketing efforts on behalf of clients?

<A - John Hupalo>: We really don't break that out. We actually take each client individually and understand what the performance of our marketing support is by clients. So we know what they are returning --the return is for our clients in incremental volume as a result of the marketing resources that we supply.

<Q>: Is it safe to assume that the bulk of the growth in administrative and other fees are these marketing revenues?

<A - John Hupalo>: Yes.

<Q>: Okay. And then just lastly, as I think about the rollout of this Graduate PLUS federal loan product. Could you just talk me through how you see that playing out and what the benefits are to the, why someone would elect to go with a private student loan that you offer in the graduate market. Is it really something you are going to be targeting on really just the very best credits or do you think it is going to be competitive across the spectrum?

<A - John Hupalo>: Good question. It is still too early to judge kind of the impact of Grad PLUS. But what this does is, it does provide an alternative to private student loans at a fixed rate. For some borrowers with strong credit, private student loans are -- will have, will be a better deal. Remember this is risk-based pricing, so the better the quality of credit, the better the rate. Our better tier rates are frankly lower than the fixed rate of the Grad PLUS loan. Remember also that Grad PLUS is 10-year term, private student loans are 20-year terms. So we believe that Grad PLUS product will have an impact on our volume. We also believe though that many borrowers will continue to look at private student loans as a solution. Generally lower FICO score borrowers will have a better rate with Grad PLUS.

<Q>: Got you. And what percentage of your volume recently has been graduate students?

<A - John Hupalo>: It's about 15%.

<Q>: Terrific. Thanks a lot, guys. Good quarter.

<A - John Hupalo>: Thanks.

# Operator

[Operator Instructions]. We will take our next question from Stacey Embecka. Please proceed.

<Q>: Hi, thank you very much for taking the question. Again I also want to – a couple of questions on your prepayment assumptions. What type of a situation would we have to see for you guys to adjust your prepayment assumptions. How many quarters would you have to run slightly elevated before you'd adjust them?

<A - John Hupalo>: When we look at that -- when we look at that and we think about it. We think about in a historical context of long life of the loan and where we think we are in some of these cycles, particularly the interest rate cycle. So we do not have a box that says, we'll make a decision within any particular given period of time. Although when we do come to a determination that the rate -- the prepayment rate is outside of our boundary for what we think is a period that will not put us back into the boundary we will make that determination, and likewise that some of the other factors for instance the discount rates; we evaluate the discount rates from time to time to determine if that's an appropriate discount rate and that's another factor that could decrease or increase over time based on the lives of the pools and some of the other factors. So, again we evaluate them on a monthly and quarterly basis and at this moment we're comfortable and confident of our prepayment rate assumptions and default rate assumptions and all the others -- all of those others assumptions we talked about.

<Q>: Okay, do the auditors have any say on this, when you guys true up your books in two quarters?

<A - John Hupalo>: Well. KPMG obviously reviews all of the work that we do including the assumptions and although I will say that they wouldn't drive a decision on that, they have some dialogue with us and help us so with some of the other benchmarks that are in the industry that are out there.

<Q>: Okay and then when you talk about -- I think you give us the prepayment numbers on a semi-annual basis and we can you kind of back it on a monthly basis. Is there anyway you can begin to publish it on a monthly basis for us in the

trust data?

<A - Jack Kopnisky>: We would caution you not to try to back into those on a monthly basis and that's the reason for I'll tell you why we published them on a semi-annual basis rather than a quarterly or a monthly basis. There is a lot of variability in the numbers, and here is a very specific example. It makes a difference, if there are 28, 30 or 31 days in a month for your collection periods. So, if you try and find some variability month-to-month, we think would not be in the best interest of a 20-year asset.

<Q>: Okay, that's fair and then the -- one question about volumes. It looks like from your most recent trust announced today that some of the higher-yielding/subprime volumes look to be running about 30% of the portfolio versus roughly 23% last year. How should we think about that? What is a good run rate?

<A - Jack Kopnisky>: I'm not sure we are following you on the -- on your question. We know what the question is, we are not sure we understand the data that would be saying the same thing?

<Q>: Okay, are you guys putting in more higher-yielding loans into these new -- into your new volumes?

<A - Jack Kopnisky>: A couple of things. One, the FICO scores remain pretty consistently in that 710 to 720 range. So the quality of the credit hasn't changed very much at all. The mix has changed slightly to be more direct-to-consumer over the period of time as a part of the whole. And direct-to-consumer loans generally have a higher yield than the school channel yield loans.

<Q>: Okay. So, should we think about – is there going to be – is 30% a good mix then or because last year it was like 23%. Just trying to model this out?

<A - Jack Kopnisky>: We might want take this off line because I'm not able to discern where you're taking your 30 or 23%. So why don't we follow-up off line on this.

<Q>: Okay. Thank you.

<A - Jack Kopnisky>: Thank you.

## Operator

And will take our next question from Mr. Scott Coren of Bear Stearns.

<Q - Scott Coren>: Okay. Thank you. You guys made a reference to your repurchase program and you indicated you haven't bought back any stock over the past quarter or so. Can you talk about how you think about different uses for your excess capital? Are you saving your cash forward for something special other than buybacks? And could you tell us what kind of analysis the Board typically does when determining whether buybacks -- buying back stock is a good investment? Thanks guys.

<A - Jack Kopnisky>: Sure. I'll take the first one. Obviously, the Board has looked at increasing the dividend for the last several quarters, fairly significantly. So that is one use of cash. We have looked at a variety of acquisitions, did one, a better smaller one in terms of Union Federal. So we look to -- look at opportunities in the marketplace to make acquisitions and I think as we said before, generally the types of acquisitions we are looking for are ones that enable us to interact with clients or consumers early on in their process. So, gathering data and marketing list and marketing resources are the types of deals that we are looking at.

And then finally, we have invested money back into the business. We are -- we continue to build the infrastructure to enable us to continue to grow. So, whether it is a technology platform or whether it is in form of the operations, or it is in the form of human capital or to a previous question in the form of marketing dollars spent to enable us to return high volumes to our clients and ultimately ourselves that is the type of thing that we are looking at investing into the -- our capital into. Relative to the Board position, I think they -- it is a decision that they make as a result of evaluating all the factors of allocation of capital.

<Q - Scott Coren>: Okay. And then -- and then just on competition and pricing. Can you talk about that within the marketplace? I know you mentioned the yields or the coupons on the loans and your polls have been drifting higher partially a reflection of mix, but with new entrants into this space have you seen any incidents at all of pressure on loan yields or fees in either of the channels in which you compete?

# Bloomberg

**<A - Jack Kopnisky>:** The simple answer to that question Scott is, no, we have not. There has not been significant pricing pressure to date. We do believe that that will come at some point in time, but to date there has not been pricing pressure.

**<Q - Scott Coren>:** Thanks, Jack.

## Operator

At this time I'm showing no questions. I'll turn the call back over to management for closing remarks.

## Jack L. Kopnisky, President, Chief Executive Officer and Chief Operating Officer

Just like to thank everybody for being on the call and we appreciate your support. Thank you.

## Operator

Ladies and gentlemen, thank you for joining us on the call today. You may now disconnect.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP.*

© *COPYRIGHT 2007, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*