# EXHIBIT 2

Company Name: First Marblehead Corp/th
Company Ticker: FMD US
Date: 2007-08-09
Event Description: Q4 2007 Earnings Call

Market Cap: 2,915.99
Current PX: 31.24
YTD Change($): -23.41
YTD Change(%): -42.836

Bloomberg Estimates - EPS
Current Quarter: 1.477
Current Year: 4.130
Bloomberg Estimates - Sales
Current Quarter: 317.892
Current Year: 936.380

# Q4 2007 Earnings Call

## Participants

- Peter B. Tarr, Chairman and General Counsel
- Jack L. Kopnisky, Chief Executive Officer, Chief Operating Officer and President
- John A. Hupalo, Senior Executive Vice President and Chief Financial Officer

# MANAGEMENT DISCUSSION SECTION

## Operator

Good day, ladies and gentlemen, and welcome to the First Marblehead Corporation Fourth Quarter and Fiscal Year 2007 Earnings Conference Call. My name is Eric, and I will be your coordinator for today. At this time, all participants are in a listen-only mode. We will facilitate a question-and-answer session towards the end of the conference. [Operator Instructions]

On today's call, we have Mr. Jack Kopnisky, President and Chief Executive Officer; and Mr. John Hupalo, Senior Executive Vice President and Chief Financial Officer.

I would now like to turn the presentation over to our host for today's call, Mr. Peter Tarr, Chairman and General Counsel. Please proceed, sir.

## Peter B. Tarr, Chairman and General Counsel

Thank you very much. Good afternoon. Welcome to the First Marblehead earnings call for the fourth quarter of fiscal 2007 and the fiscal year ended June 30, 2007.

Various remarks that we make about the Company's future expectations, plans, and prospects constitute forward-looking statements for the purposes of the Safe Harbor provisions under the Private Securities Litigation Reform Act of 1995. Actual results may differ materially from those indicated by these forward-looking statements as a result of various important factors, including those discussed in the Company's 10-Q for the quarter ended March 31, 2007 under the caption Risk Factors which is on file with the SEC. Any forward-looking statements represent our views only as of today and should not be relied upon as representing our views as of any subsequent date. While we may elect to update these forward-looking statements at some point in the future, we specifically disclaim any obligation to do so even if our views change. Therefore, you should not rely upon these forward-looking statements as representing our views as of any date subsequent to today.

I will now turn the call over to Jack.

## Jack L. Kopnisky, Chief Executive Officer, Chief Operating Officer and President

Thanks Peter. Good afternoon, everyone, and thank you for joining the call today. We are pleased to report on a record year and a terrific fourth quarter. I plan to highlight four accomplishments from fiscal year 2007 in my comments today.

First, our consistently outstanding results; second, our strong quality volumes with growing market opportunities; third, our continued diversification of our client base; and fourth, our core operating enhancements as we continue to build

Company Name: First Marblehead Corp/th
Company Ticker: FMD US
Date: 2007-08-09
Event Description: Q4 2007 Earnings Call
Market Cap: 2,915.99
Current PX: 31.24
YTD Change($): -23.41
YTD Change(%): -42.836
Bloomberg Estimates - EPS
Current Quarter: 1.477
Current Year: 4.130
Bloomberg Estimates - Sales
Current Quarter: 317.892
Current Year: 936.380

the Company for the future. We have a presentation that accompanies our comments available on the web.

If you turn to the third slide, for our fiscal year ended June 30, 2007, we achieved total revenue of $881 million, up 55% from $569 million for the same period last year. Net income for the fiscal year was $371 million, up 57% over last year, and EPS was $3.92 per diluted share, an increase of 60% over the prior year. Operating margins were 71% for the year.

Our four-year compound annual growth rate of 80% for earnings per share exceeded 95% of S&P's 500 companies. We are very proud of this exceptional level of performance.

For the fourth quarter, we achieved total revenue of $200 million, up 33% from $150 million for the same period last year. Our operating income was $132, up 31% over the same period last year. Net income was $78 million and earnings per diluted share were 83 cents.

These terrific results in revenue and earnings growth for the fiscal year were driven by significant growth in our loan volume and superior execution in our securitization program. We processed a record 1.4 million loan applications.

Our facilitated volume for the year was $4.3 billion, an increase of 28% over last fiscal year. The rolling 12-month volume of loans available for securitization increased 33% to $3.9 billion. Our fourth quarter volume growth was exceptional with loans available for securitization increasing 39% over the same period last year.

During the quarter, loans available for securitization through the direct to consumer channel increased 49%, while school channel loan volume decreased by 3% over the same period last year.

Over the past 12 months, our loan volumes available for securitization has shown increases of 44% and 10% in direct to consumer and school channel volume, respectively. In the year ended June 30th, the mix of direct to consumer to school channel available for securitization was 79% to 21%.

We continue to see increasing consumer demand as borrowers seek a range of options in a direct relationship. However, the school channel remains an important and viable growth channel, where we will continue to allocate meaningful resources.

As of the end of June, we had $832 million of loans available for securitization that had not yet been securitized. For the year, we securitized $3.75 billion of private student loans. The blended yield was over 18% with approximately $457 million coming in the form of upfront cash at the time of closing. Investor demand in our securitization program has been diverse and strong.

Also, during the quarter, our Board increased the quarterly cash dividend to 25 cents per share from 15 cents, an increase of 67%. This was the fourth consecutive quarterly increase and represents a 94% increase in full-year dividends for fiscal year 2007, 62 cents per share compared to 32 cents per share on a split adjusted basis.

Next slide. Fiscal year 2007 has been a significant year in terms of expanding our business and client bases. It is our number one priority to ensure continued growth well into the future. First, we added 20 new clients in fiscal year 2007, including four new clients in the last quarter. These new clients represent a cross-section of banks, consumer finance companies, affinity organizations, and marketing companies.

We are helping our clients deliver competitive education finance solutions to their customer and member base. And we are seeing increased interest of companies that are considering entering the private student loan space. To that end, we are pleased to announce our newest client, ING Direct, the world's biggest Internet banking unit and a subsidiary of ING, a global financial institution providing banking, insurance, and asset management solutions.

Second, within our existing client base, we have expanded 13 relationships over the past year. Through our systematic process of matching our clients' brand and distribution skills with our knowledge of the marketplace, these clients have added additional products or channels, increased their marketing spend, or extended their contracts with us. In total, we have acquired or expanded relationships with 33 clients in 2007 and have had no attrition of any significant volume clients during the year.

Company Name: First Marblehead Corp/th
Company Ticker: FMD US
Date: 2007-08-09
Event Description: Q4 2007 Earnings Call
Market Cap: 2,915.99
Current PX: 31.24
YTD Change($): -23.41
YTD Change(%): -42.836
Bloomberg Estimates - EPS
Current Quarter: 1.477
Current Year: 4.130
Bloomberg Estimates - Sales
Current Quarter: 317.892
Current Year: 936.380

Third, we continue to leverage our marketing services platform. The growth of this value-added expertise has afforded our clients a more complete suite of products and support than ever before. We continue to design and test products, channels and messaging through our proprietary brands, and take these learnings back to our existing client base.

Astrive volume represents approximately 12% of our overall volume for the year. Additionally, we have ruled out two new proprietary brands during the year to focus on sub-segments of the student loan marketplace. These brands will complement the learnings and volumes of Astrive. As a result of the use of our proprietary brands, we have enabled clients for whom we coordinate marketing services to increase their loan volume.

Over the past two years, we have made significant progress in diversifying our concentration of revenue. Two years ago, our JPMorgan, Bank of America, and CFS programs represented 65% of service revenue. Last year, they represented 52%. And even with continued strong loan growth for each of these clients, they represented 44% of service revenue over the past fiscal year. We continue to work with them to build their businesses while diversifying our base as our new client implementations continue to mature. Importantly, revenue from our other clients' programs grew at over 80%.

We have added significantly to our operating capabilities, investing in our people, processes, and technology. We have added experienced leadership talent, bringing in over a dozen executives with an average of 20 plus years of experience in critical areas of IT, marketing, sales, and strategic planning.

We have expanded our internal training, employee engagement, and learning and development initiatives. We have coordinated innovative and successful marketing programs and tactics, increasing the breadth and depth of our leadership in this area, all representing our smart borrowing philosophy of recommending federal, state, and scholarship aid first, and using private loans to fill the remaining gap.

We have invested heavily on upgrading and expanding our core IT infrastructure to build in significant capabilities and to prepare us for the growth we see ahead. We have built a platform that will enable us to produce more volume in the first quarter of fiscal 2008 than all of the annual volume of just three years ago.

I'll now turn the call over to John to go into more details on our financials, the portfolio, the credit markets, and our upcoming securitization.

## John A. Hupalo, Senior Executive Vice President and Chief Financial Officer

Thank you Jack. Investors know that in our business, the Company's fourth fiscal quarter is often the slowest as students are completing their academic year and only in the latter part of the quarter do they begin turning their attention to financing their summer studies and the next academic year. Having said that, Q4 was particularly strong for First Marblehead, and we believe a harbinger of a record-breaking first quarter of fiscal 2008. The Company's financial and operational capabilities have never been stronger.

Today, I will make a few comments on the financials, but will spend the bulk of my time discussing trends seen in our loan portfolios and the current events in the credit markets.

The fourth quarter securitizations were successfully executed in an increasingly difficult market and provided a very strong earnings stream for the Company. First Marblehead securitized $864 million of student loans and booked $144.3 million of total revenue from the transactions, including cash earnings of $91.6 million and $52.7 million of receivables. This strong result led to the impressive Jack -- numbers Jack highlighted.

Net income for the quarter was $78 million, 83 cents per diluted share. Net income improved 10% quarter-over-quarter. The growth rate here appears lower than expected because results for the fourth quarter of fiscal '06 included a credit to income taxes of approximately $11 million. Also, results for this quarter included an additional tax expense of $1.9 million, reducing our net income by 2 cents per share. Adjusting for these tax-related items, net income would have been up 31% quarter-over-quarter.

| | | |
|---|---|---|
| Company Name: First Marblehead Corp/th | Market Cap: 2,915.99 | Bloomberg Estimates - EPS |
| Company Ticker: FMD US | Current PX: 31.24 | Current Quarter: 1.477 |
| Date: 2007-08-09 | YTD Change($): -23.41 | Current Year: 4.130 |
| Event Description: Q4 2007 Earnings Call | YTD Change(%): -42.836 | Bloomberg Estimates - Sales |
| | | Current Quarter: 317.892 |
| | | Current Year: 936.380 |

An unrelated tax matter, First Marblehead recently received a very favorable ruling from the Internal Revenue Service that will permit the Company to pay federal tax on additional structural advisory fee revenue when cash is received in future years rather than when they were recorded for financial reporting purposes as has been done in the past. This result is very favorable for First Marblehead. The Company will be due total refunds from taxing authorities of approximately $56 million of cash, most of which is expected to be received in the first half of this fiscal year.

Every employee at First Marblehead contributed to and is very proud of the fiscal year 2007 financial results that Jack and I have discussed. By every measure, the fiscal year was simply outstanding. A 57% increase in net income, a 60% increase in diluted EPS, total revenues approaching $1 billion, up 55% over fiscal '06, a 20 percentage point favorable spread between revenue growth of 55% and expense growth of 35%.

Operating margins in excess of 70%. And importantly, for future loan volume growth, loans available for securitization are now 90% of our total facilitated volume, up from 64% four fiscal years ago. Finally, the Company's liquidity position is very strong with nearly $0.25 billion of cash on hand and practically no debt on the balance sheet.

In fiscal '07, the Company generated $195 million of cash flow from operations. This truly terrific financial performance results from the dedication of our employees to help students achieve their dreams of a college education and accrues to the benefit of students and our shareholders alike.

Before I turn my comments toward the performance of our student loan portfolio, I would like to again point out that the Company has aggressively sought to prudently return capital to shareholders. As slide six shows, in fiscal year 2007, the Company paid almost $59 million in dividends to shareholders. Despite very tight windows in which the Company can actually repurchase shares in the open market, First Marblehead repurchased 1.32 million shares in the fourth quarter and a total of 1.76 million shares in fiscal 2007.

The Company has repurchased 7.53 million shares since the inception of the repurchase program. In total, since the capital return program commenced with an initial 8 cents per share dividend in October 2005, the Company has returned $272 million of capital to our investors. This is more than two times the $115 million of Company proceeds we raised at the IPO.

The Company is authorized to repurchase an additional 8.8 million shares that are available through our stock repurchase programs authorized by our Board earlier this year. We will continue to look for opportunities to deliver enhanced shareholder value through stock buybacks, dividends, and investments in the Company.

I will now spend a few minutes commenting on the loan portfolio and the current state of the credit markets. The Company is not making any changes to any of the five components of the package of assumptions we use to value the residuals and additional structural advisory fees on the balance sheet.

As we have been reporting, when viewed aggregately across the portfolio, prepayment rates are flattening. Our current assumption of an average of 8% prepayment rate remains appropriate.

I reiterate a comment from the last quarter. This average prepayment rate of 8% results from a ramp, which starts at a number that is minimal but not zero during the deferment period. So, analysts and investors are cautioned when calculating prepayment speeds. Assuming a zero prepayment speed in deferment results in inaccurate and potentially misleading results.

Likewise, we have seen some attempts to calculate prepayment speeds based on loan count. This also produces inaccurate and potentially misleading results, as it includes defaults which are not part of our voluntary prepayment statistics and excludes partial prepayments. The assumptions we use for the other four valuation drivers, defaults, recoveries, interest rates, and the discount rate, also remain appropriate.

In aggregate, the portfolio continues to perform well. In light of the turmoil in the residential mortgage market, this is a good time to reemphasize that our clients and our business is not focused on down credit, sub prime borrowers the way some of the mortgage lenders structured their businesses. They specifically created businesses to serve credit challenged customers. We did not. The trust loans, we remind everyone, are guaranteed against default by an investment grade guarantor, the Education Resources Institute.

Company Name: First Marblehead Corp/th  
Company Ticker: FMD US  
Date: 2007-08-09  
Event Description: Q4 2007 Earnings Call  
Market Cap: 2,915.99  
Current PX: 31.24  
YTD Change($): -23.41  
YTD Change(%): -42.836  
Bloomberg Estimates - EPS  
Current Quarter: 1.477  
Current Year: 4.130  
Bloomberg Estimates - Sales  
Current Quarter: 317.892  
Current Year: 936.380

More than 80% of our portfolio is cosigned. The typical cosigner's credit profile is very strong. They are 50 years old, have been on active credit file for 22 years. So they have been through a variety and number of economic cycles. 85% of them own their own homes. The credit characteristics of the pool remain strong.

Today, as part of the 8-K filing containing our earnings release, we added an exhibit with additional prepayment information for our public securitization trust, which now provides prepayment data for all these securitization transactions. Previously, prepayment data for certain older securitization trusts were reported at a later date. On a going forward basis, we will report the updated prepayment information for all our public securitization trusts simultaneously.

This leads to a few comments on the current asset-backed securities market. Over the past 10 years, the asset-backed securities market has endured many cycles and challenges, including the Asian and Russian debt crisis, the debacle around long-term capital management, and, of course, September 11, 2001.

Our transactions beginning with 2007-1 in March of 2007 have been tangentially affected by the turmoil created in the residential housing market. Like prior credit market disruptions, this one will result in some recalibration of spread levels as investors reenter the market.

First Marblehead securitization program has been established with an eye toward liability diversification. In addition to the nearly $13.1 billion of asset-backed securities our trusts have issued in the term securitization market, we have also issued $1.5 billion of auction rate securities. As we do at this stage of each transaction, we are currently considering a number of structures for our September transaction.

Specifically, we are evaluating the market for BBB-rated securities and will use that structure only if there is investor interest at attractive spread levels. If spreads are unattractive, we will, as we've said in the past, not offer those securities for this particular transaction.

Likewise, we are considering reincorporating auction rate securities and portions of the liability structure where it makes sense. That is, where spreads for specific tranches of term LIBOR floating rate notes are more costly than can be achieved in the auction market. At this time, we look forward to closing the September transaction on time and with good results for our shareholders.

In summary, fiscal year 2007 was, as Jack said at the outset, the best in the Company's history. The Company looks forward to an even more successful 2008 and we look forward to answering any questions you may have after Jack's closing comments.

## Jack L. Kopnisky, Chief Executive Officer, Chief Operating Officer and President

Thanks, John. Moving to our final slide, I will now comment on our Company and industry outlook. We continue to monitor legislative developments in Washington. We are in favor of transparency, and we also want to ensure that changes do not hurt the student's ability to get affordable alternative financing.

As I referenced earlier, First Marblehead has long been a proponent of students accessing grants and low-cost loans to achieve their education dreams before considering private loan solutions. We call this smart borrowing, a theme that has been echoed in many of the proposed legislative efforts, including the Sunshine Act and the Private Student Loan Transparency and Improvement Act, along with fair and full disclosure of all rates, terms and conditions, all of which we support. We along with our clients have dedicated significant resources to ensure that students are appropriately served in the student loan process.

We see great opportunity in the future to continue to enable private capital to meet the needs of students. Our business model continues to support responsible borrowing for all students. We are already off to a fast start in our new year. Demand is very strong as we have worked with our clients to bring private student loan solutions to borrowers.

| | | |
|---|---|---|
| Company Name: First Marblehead Corp/th | Market Cap: 2,915.99 | Bloomberg Estimates - EPS |
| Company Ticker: FMD US | Current PX: 31.24 | Current Quarter: 1.477 |
| Date: 2007-08-09 | YTD Change($): -23.41 | Current Year: 4.130 |
| Event Description: Q4 2007 Earnings Call | YTD Change(%): -42.836 | Bloomberg Estimates - Sales |
| | | Current Quarter: 317.892 |
| | | Current Year: 936.380 |

In July, our volumes were more than 60% over the previous year and the pipeline of applications is very strong as we progress through the peak borrowing cycle. We have delivered strong quality growth to all of our shareholders and we remain proud of the performance of this Company. I would like to thank all of our employees for remaining dedicated to our mission of helping students and executing on our plan to continue enhancing value for our shareholders.

Let's now open it up for questions.

# Q&A

### Operator

[Operator Instructions] Your first question comes from the line of Mike Hodes with GLG. Please proceed.

<Q - Michael Hodes>: Hi. Good afternoon, guys, and congratulations on the strong year.

<A - Jack Kopnisky>: Thank you.

<Q - Michael Hodes>: Two questions. First, I guess is for John. Just on the prospects for doing the securitization in September, I just want to make sure I understand you correctly. You are saying you still plan to do it on time, which I guess is mid-to-late September. But you may not use the structure you've used recently because the market receptivity isn't there or it's -- just help me understand like what you are saying about the BBB portion of the transaction and whether that has any implications for how you think about the discount rate on your recent securitizations.

<A - John Hupalo>: Sure. Thanks Mike. Your question, I will broaden it a little bit for you and answer it. The question is where we are in the cycle? So each time of the year in August when we look into September, we want to make sure that we have the best returns we can for shareholders. So we evaluate a number of structures. Where we are today and where we might be in the mid part of September given the volatility we have seen day to day and half day to half day in the recent few days tells us that we are in a position where it wouldn't makes sense to make a definitive judgment at this point. So what we are in the process of doing is outlining what the options are. And one of the options could well be offer the BBB securities if the spread levels are attractive. And if they are not, as we said from the time we first offered the BBB's, we would only offer them where it made sense for shareholders and gave us the right return. So if the market is not there when we're ready to offer the transaction in September, you are correct, we would most likely go back to the -- our earnings model that we had previously with the A rated securities.

<Q - Michael Hodes>: And implicitly you are saying the market isn't there today, but you don't know that it may be there in a couple weeks?

<A - John Hupalo>: I want to be really careful about this because, honestly, the market is very volatile and changing day to day. Do we think that the BBB market is there today? There's a BBB market there. The question for us will be what is the right spread level? And that's a question that we haven't had the answer. So I think we're going to take a pass on that at the moment.

<A - Jack Kopnisky>: At the end of the day, the most simple way to answer that question is, at the end of the day we're going to do what's in the best interest of our shareholders.

<Q - Michael Hodes>: And there's no implication for the discount rate on prior securitizations, correct?

<A - John Hupalo>: That's right.

<Q - Michael Hodes>: Okay. And then just secondly, the volume growth has been very strong, but the mix has been shifting increasingly towards the DTC channel. Is that a conscious effort that you are making with your customers or is there a real maturation or some other dynamic in the school channel?

<A - Jack Kopnisky>: The reality of this is that more and more students and parents are wanting to access direct channels. We did a study -- one of the studies that we did was looking at students and parents that went to the financial aid office first. We found that 60% of them decided after getting information from the financial aid office then decided

Company Name: First Marblehead Corp/th
Company Ticker: FMD US
Date: 2007-08-09
Event Description: Q4 2007 Earnings Call

Market Cap: 2,915.99
Current PX: 31.24
YTD Change($): -23.41
YTD Change(%): -42.836

Bloomberg Estimates - EPS
Current Quarter: 1.477
Current Year: 4.130
Bloomberg Estimates - Sales
Current Quarter: 317.892
Current Year: 936.380

to go direct to apply for a loan. So frankly, what school channel and direct to consumer gives the consumers is choice. And we want to support both of those channels very deliberately through our clients and we believe that just more and more students and parents are choosing to go direct.

<Q - Michael Hodes>: Okay. So it's reasonable to assume that that portion of the business would continue to shrink given the choice that students were making?

<A - Jack Kopnisky>: No, I don't think that's reasonable. I think, frankly, the financial aid offices of schools do a great job. They really do a terrific job. I think that students at times want the consultative -- a very strong consultative approach at the student -- at the school level and at times want to be able to look at the choices on a direct to consumer level. So I'm not going to suggest that that will continue, but clearly consumers have made choices by the nature of these volumes. I don't think that will last forever though.

<Q - Michael Hodes>: All right. Terrific. Thanks a lot, guys, and congrats again.

<A - Jack Kopnisky>: Thanks, Mike.

## Operator

Your next question comes from the line of David Hochstim with Bear Stearns. Please proceed

<Q - Mike Nannizzi>: Hey, guys. This is actually Mike Nannizzi. A quick question for you, a numbers question. What was your marketing -- what was your marketing fees for the quarter?

<A - Kenneth Klipper>: This is Ken. It's $4.9 million.

<Q - Mike Nannizzi>: 4.9 million. Perfect. Thank you.

## Operator

Your next question comes from Matt Snowling with FBR. Please proceed.

<Q - Matthew Snowling>: Yeah. Hi, guys.

<A - John Hupalo>: Hi.

<Q - Matthew Snowling>: Question on prepayments. First of all, I do appreciate the better disclosure, but you raised the CPR rate from 7% to 8% last quarter, I think, and just looking at some of these older trusts, you already have CPRs over 7%. I'm just wondering why are you comfortable at 8, it could it go to 9, 10? Excuse me, is there something out there that you are seeing that gives you confidence that this thing is leveling off?

<A - John Hupalo>: Sure. Thanks for your question and acknowledging the -- what we're going to see is improved data release. We want to provide, as we've said all along, as much transparency on these issues as we can. To answer your question, it's important to realize, as we said before, that we have 20-year assets performing over a long period of time. The data that are coming in and we talk about, again, for those who may not have been paying much attention before, that this 8% rate is an on average rate over the life of the trusts and again, aggregately across the pools. So we remain comfortable that the rate of increase that we saw previously has slowed and, in fact, flattened and we remain comfortable that our aggregate assumption remains correct.

<Q - Matthew Snowling>: John, is there anything seasonally speaking that would cause it to flatten out, in terms of prepayments?

<A - John Hupalo>: Well, let me answer the question this way. When we talked about this in quarters past, we said that one of the drivers, and a significant driver, was the 17 consecutive interest rate increases. And we were not hiding behind 17% -- 17 consecutive interest rate increases; that's a fact. And we said that we had expected, as we saw from

Company Name: First Marblehead Corp/th
Company Ticker: FMD US
Date: 2007-08-09
Event Description: Q4 2007 Earnings Call
Market Cap: 2,915.99
Current PX: 31.24
YTD Change($): -23.41
YTD Change(%): -42.836
Bloomberg Estimates - EPS
Current Quarter: 1.477
Current Year: 4.130
Bloomberg Estimates - Sales
Current Quarter: 317.892
Current Year: 936.380

data in the 20-year database over time, that we would see increased prepayment rates, and that our anticipation was that when those rates flattened out or declined, that we would see flattening prepayment speeds, which is what the data show.

<Q - Matthew Snowling>: Okay. One other quick question on your G&A expense. It seems like it went -- was up a little higher than I expected. Was that simply from the marketing increase?

<A - Kenneth Klipper>: Matt, it's Ken. Some of that was marketing and the other piece of it was just a normal ramp for peak for call center costs and temps that we have on board.

<Q - Matthew Snowling>: Okay. And what was the marketing in the prior year quarter?

<A - Kenneth Klipper>: Marketing in the prior year quarter was about 3.3 million.

<Q - Matthew Snowling>: 3.3? Okay. Great. Thanks.

<A - Kenneth Klipper>: Thank you.

## Operator

Your next question comes from the line of Quincy Lee with Teton Capital. Please proceed.

<Q - Quincy Lee>: Hi. Good quarter, guys. I was wondering if you would talk a little about the Astrive program and what the economics of that product look like and help me go over a little bit the funding structure there, just to clarify in my brain.

<A - Jack Kopnisky>: Sure. The Astrive, what we use Astrive for is, frankly, a test and learn environment for private student loans. We actually use that to evaluate what channels work, what messages work, and what spend -- what the returns are based on the spend, and then frankly take that information back to our B2B clients to help them achieve higher volume objectives. The Astrive financials, clearly because we're not paying a marketing fee, they are very profitable financials from a return standpoint. The way we fund it, we fund it through some of our partner's bank, Citizens specifically and also through Union Federal.

<Q - Quincy Lee>: Okay. Great. So as Astrive grows as a percentage of volume, then the margins you guys see on securitizations, it helps the margins you see on securitizations, number one? And then that's also what we're seeing on the loans held for sale on the balance sheet? Is that -- that's from the Astrive program?

<A - John Hupalo>: Yes. To address your second question first, the loans held for sale are predominantly student loans and the loans held for sale that are student loans are originated through the Astrive brand. There is also a very small $12 million origination of some mortgages through the bank.

<Q - Quincy Lee>: Okay.

<A - John Hupalo>: And then with regard to securitization yields, you're right. We will see a slightly increased securitization yields, but again, it's a small percentage of the portfolio. So at this time, it's not a driver.

<Q - Quincy Lee>: Okay. Great. Thanks a lot. I appreciate it. Great quarter.

<A - Jack Kopnisky>: Thank you.

## Operator

Your next question comes from the line of Mike Taiano with Sandler O'Neill.

<Q - Michael Taiano>: Hey, guys.

Company Name: First Marblehead Corp/th
Company Ticker: FMD US
Date: 2007-08-09
Event Description: Q4 2007 Earnings Call

Market Cap: 2,915.99
Current PX: 31.24
YTD Change($): -23.41
YTD Change(%): -42.836

Bloomberg Estimates - EPS
Current Quarter: 1.477
Current Year: 4.130
Bloomberg Estimates - Sales
Current Quarter: 317.892
Current Year: 936.380

<A - Jack Kopnisky>: Hey, Mike.

<A - John Hupalo>: Hi, Mike.

<Q - Michael Taiano>: Hey. Just to revisit the question about evaluating the market for the BBBs for your September deal. I mean, can you give us some sense of in terms of price points, where you would think it may become uneconomical to do a BBB? I know you guys -- I think in the last quarter, you said that in your residual assumptions for the old deals that you use a LIBOR plus 175 as the assumption. I mean if it goes above that, would that be uneconomical? Can you give us a little bit color on that?

<A - John Hupalo>: Sure. Thanks for the question, Mike. The LIBOR plus 175 is used as the proxy for a portion of the residuals on the balance sheet, which represent what we think, are the investment grade portions of those future residuals. So that shouldn't be thought of as a bogey and a profitability ratio metric for future transactions, particularly with regard to where we think BBB pricing might be. And having said that, we do not have a bogey in mind of where the profitability will come in. As you know from conversations we've had in the past, structuring these transactions and all the assumptions that go into them make the question of what the right structure is, including whether or not we should offer BBBs a little more dynamic than just looking at one particular spread bogey.

<Q - Michael Taiano>: All right.

<A - John Hupalo>: Particularly, of course, remember that in the last structure, BBB was only 5% of the total transaction size from a structure perspective.

<Q - Michael Taiano>: Okay. And then, I guess just looking at like what the options would be in the event that you decided that it wasn't economical to do a BBB this time around. I mean is that something that you can sort of put on your balance sheet now and then at a later date decide to securitize?

<A - John Hupalo>: We think, we actually have a lot of options along that path. I don't want to rank order what we think the options are, but that certainly could be one of them.

<Q - Michael Taiano>: Okay. And then just a separate question related to your internal brands versus the partners that you've signed over the past year. Did I get the number right that Astrive was 25% of your volume for the full year?

<A - John Hupalo>: No. It's 12%.

<Q - Michael Taiano>: 12%. Okay.

<A - John Hupalo>: 12%.

<Q - Michael Taiano>: Okay. And you said you are rolling out a couple of other brands. I mean at this point, is it still -- would you still characterize that as being in testing mode, or does that, sort of this growth signify that you are more serious about developing your own brand versus partner brands?

<A - Jack Kopnisky>: No. I think I would signal today that this is still a testing brand. We can prove to our clients and to the market that we have used the learnings that we have received to help them grow significantly. So, for example, we put up our own capital in terms of marketing dollars to look at things like satellite radio as a means. Our clients may not want to do that. We test it. We find out what works, what doesn't works. Take that to our clients and recommend their use of that channel as an example. So we very much use it as a test and learn brand and the more successful Astrive is, the more successful we can help our clients be.

<Q - Michael Taiano>: Okay. And these other brands would be used the same way or is that -- would they be different?

<A - Jack Kopnisky>: Absolutely. No. Very much the same.

<Q - Michael Taiano>: Okay. And then just, finally, a technical question on the tax rate. So John, did I understand it right, so on a cash basis, you will be getting some cash back, but will your tax rate -- should we model the same rate going forward on a GAAP basis or does that change as well?

Company Name: First Marblehead Corp/th
Company Ticker: FMD US
Date: 2007-08-09
Event Description: Q4 2007 Earnings Call
Market Cap: 2,915.99
Current PX: 31.24
YTD Change($): -23.41
YTD Change(%): -42.836
Bloomberg Estimates - EPS
Current Quarter: 1.477
Current Year: 4.130
Bloomberg Estimates - Sales
Current Quarter: 317.892
Current Year: 936.380

<A - John Hupalo>: I'll ask Ken, who is our Chief Accounting Officer, to address that.

<A - Kenneth Klipper>: No. The overall tax rate doesn't change. This was just a swing between our current tax expense and our deferred tax expense. So we still believe our effective tax rate going forward will be about 40.88%.

<Q - Michael Taiano>: Okay. Thanks.

<A - Kenneth Klipper>: Yup.

## Operator

Your next question comes from the line of Mark Sproule with Thomas Weisel. Please proceed.

<Q - Mark Sproule>: Thanks. I guess, I wanted to touch quickly on some of your products that you are, I guess launching with the Laurel Collegiate Loan. Can you talk a little bit about that loan product itself? And I guess maybe a little bit in the context of it being originated from your side within your own bank channel. Does that seem to be almost in competition with some of your partners? And how does that -- how do you look at that balance?

<A - Jack Kopnisky>: Mark, as we said, we use it as a test and learn. We actually launched – the two brands are called Laurel and Monticello, and one is targeted to parents and one is targeted to private school students. And what we're testing is what messaging, what channels, what spend works with those sub-segments of the general education population. So we intend to bring back those learnings to our clients, and help them become more and more focused on the opportunity.

<Q - Mark Sproule>: Is there a point at which, as the Astrive has obviously grown pretty rapidly, as these other products grow, the testing becomes a little bit more than just a functional sort of learning experience for your clients and becomes an avenue for you to build out?

<A - Jack Kopnisky>: Well, as we have said, as Astrive grows, and as Laurel and Monticello grows, we believe the more successful we are with that, the more successful our clients will be with their own -- with their own brands and their own channels and their own networks.

<Q - Mark Sproule>: Got you. And then I guess as a small follow up to one of the previous questions on the BBB side, was it -- I guess maybe, I was a little confused, but when you said -- I guess the question was about whether or not you could hold some of those loans and securitize them later, but you had also referenced the fact that you expect the September securitization to be your largest ever. If you are not able to do it in the BBB marketplace, would that indicate maybe a smaller size securitization, and holding onto those loans a little bit longer and do them later in the year or – how do you look at that?

<A - John Hupalo>: Yeah. Thank you for bringing that back around. We talked about what the options are and it's unclear what the market will bring in the mid part of September. So options include having a somewhat smaller transaction, if the market is not there. Options, as was brought up previously, includes a restructuring perhaps. What we're going to do is what we have done in the past is find the best transaction for shareholders at the time and maximize the revenue that comes from that. If that means a little smaller transaction, that would be in the cards, and we'll make that decision. If it means the full size transaction as volume would dictate, we'll pursue that angle as well.

<Q - Mark Sproule>: And I guess one last question in regards to upfront fees versus a residual portion of the securitizations. Are we seeing a shift back to a higher level of residuals coming through, or is it just sort of a variation based on the timing of when the securitizations come through?

<A - John Hupalo>: It will be based primarily on what the structure is, meaning as we talked about in the past, a BBB structure has permitted us to move the earnings model to roughly two-thirds cash, one-third residuals. The single-A structure in the past yielded roughly one-half cash, one-half residuals. And we would expect in the marketplace we're in now for those dynamics to remain in place. So we did a BBB, we would expect more cash. If we did single-A structure,

Company Name: First Marblehead Corp/th
Company Ticker: FMD US
Date: 2007-08-09
Event Description: Q4 2007 Earnings Call
Market Cap: 2,915.99
Current PX: 31.24
YTD Change($): -23.41
YTD Change(%): -42.836
Bloomberg Estimates - EPS
Current Quarter: 1.477
Current Year: 4.130
Bloomberg Estimates - Sales
Current Quarter: 317.892
Current Year: 936.380

we would expect to have a little more residuals.

<Q - Mark Sproule>: Thanks.

<A - Jack Kopnisky>: You're welcome.

## Operator

Your next question comes from the line of Tom Purcell with Viking Global. Please proceed.

<Q - Tom Purcell>: Hi guys.

<A - Jack Kopnisky>: Hi.

<Q - Tom Purcell>: A couple of questions. The first one is just people talked or asked a couple of times about the BBB securities. I was just wondering with respect to the more senior securities, given the fact that ABS spreads have kind of moved out in a lot of different areas, and I understand they have in student loans. If your AAA went out, I don't know, 15 or 20 basis points, what impact would that have on your gain on sale margin?

<A - John Hupalo>: That's a terrific question. Let me get at it two ways. One is that we talked about the auction rate securities market. So when we do our valuation and we talk about what the right answer is for shareholders, it may well be that we offer auction rate securities, including some AAA classes. In my prepared remarks I said that we'll look at it literally on a tranche by tranche basis based on what the average life of the term ABS security would be, and we match that next to what the execution we can get in the auction rate market. So we're not yet in a position to say what that structure would be.

But your question, if you look at it on an aggregate debt basis, so if our aggregate debt costs increased by 10 basis points, roughly, we would see a reduction of about 60 basis points of revenue. And I can't break that out cash versus residual, because it's really dependent on the structure. But again, a 10 basis point aggregate increase in debt costs. So for instance, the last transaction that we conducted was done at duration weighted cost of funds of LIBOR plus roughly 35 basis points. If that were to increase to something like plus 45, we would expect somewhere around a 60 basis point reduction in total revenue.

<Q - Tom Purcell>: Thanks. That's very helpful. The only other question I had was I think you guys announced a share buyback in April or something. I'm just trying to fix my model. How many shares did you guys buy back this quarter?

<A - John Hupalo>: In this quarter, we repurchased 1.3 million shares.

<Q - Tom Purcell>: Yeah. Okay.

<A - John Hupalo>: And 1.76 million for the fiscal year.

<Q - Tom Purcell>: Got it.

<A - Jack Kopnisky>: And we have 8.8 million authorized remaining.

<A - John Hupalo>: Remaining, correct.

<Q - Tom Purcell>: Okay. Thanks a lot.

<A - John Hupalo>: You're welcome.

## Operator

Your next question comes from the line of George Sacoo with JPMorgan. Please proceed.

Company Name: First Marblehead Corp/th
Company Ticker: FMD US
Date: 2007-08-09
Event Description: Q4 2007 Earnings Call

Market Cap: 2,915.99
Current PX: 31.24
YTD Change($): -23.41
YTD Change(%): -42.836

Bloomberg Estimates - EPS
Current Quarter: 1.477
Current Year: 4.130
Bloomberg Estimates - Sales
Current Quarter: 317.892
Current Year: 936.380

<Q - George Sacco>: Hi. You mentioned earlier that you don't -- there's no reason to think you would have to change the discount rate based on what's happened in the market. But as we think a little bit more -- a little bit longer term here, my understanding was part of the change you made to the discount rate on the older securitizations was partly reflecting what you thought the market value or what the market was pricing some of that lower -- the higher risk pieces or the maybe the lower investment grade pieces.

And given that we have seen a pretty significant ramp up in spreads, keeping in mind that we don't want to lose the short term for the long term and markets can be volatile, but if this does turn out to be more of a longer term re-pricing of risk, is this something that could eventually lead to a change in those discount rates, or is that just completely the wrong way to think about it?

<A - John Hupalo>: Thanks, George, for bringing this back around. The question I think that Michael asked previously also with regard to, I think, the current period discount rate and we certainly didn't make any change there as these events did not take place during that part of the fiscal year.

So looking forward, as you are suggesting, there are a couple of items there. One is, of course, we're looking at discount rates to, in effect, look over a long period of time. We would reassess that on a quarter-by-quarter basis in the future and clearly, it's too early right now to make any judgment about what would be appropriate for the end of the quarter we are currently in. We would reassess that at the end of the quarter and make the judgment accordingly.

<Q - George Sacco>: But I guess just my -- just as we think about it, I'm just trying to understand just process wise, is widening in credit spreads something that could potentially impact that discount rate? It's not just direction of LIBOR, it's -- this is something that if it persists longer term, could potentially or --

<A - John Hupalo>: We don't like to talk about theoreticals. But I won't disagree with what you are saying.

<Q - George Sacco>: Okay.

<A - John Hupalo>: If credit spreads widen out and it's significant --

<Q - George Sacco>: Yeah.

<A - John Hupalo>: -- it will be incumbent upon us to make that change and we would do if it were appropriate.

<A - Jack Kopnisky>: And over a longer period of time.

<Q - George Sacco>: Understood, understood. And again, it's only been a few weeks. A lot could change -- a lot could change before September.

<A - Jack Kopnisky>: Yes.

<Q - George Sacco>: And one other question, I mean, you did mention that one possibility you might have is potentially shrinking the size of the securitization a little bit. Obviously, you have other options as well. But if it turned out that the market was just not conducive to doing a large securitization, how much capacity do you have to hold? What do you have the financing available to be able to hold and how long would you be able to hold onto some of those loans before you had to sell them off the balance sheet?

<A - John Hupalo>: Sure. Again, our balance sheet exposure is very minimal. The Astrive volume that we talked about before, that is on the bank balance sheet, is taken out periodically with the warehouse financing that we have that is sized to give us capacity for quite a long time. If we're talking about how many angels are on the head of a pin, a longer term disruption causes some issue with regard to that warehousing capacity on the balance sheet. We would simply do what we're doing now, which is to have more of the volume of the Astrive financed through the current lenders. So we have two lenders in place in that program currently, our own bank and the Citizens. So Citizens would take some more of that. Other than that, there is no specific balance sheet exposure to First Marblehead.

Your follow-up question then is what about the lenders? And they would continue to hold those loans on the balance sheet -- on their balance sheets until we took them out in a securitization transaction. They would also then continue to

Company Name: First Marblehead Corp/th
Company Ticker: FMD US
Date: 2007-08-09
Event Description: Q4 2007 Earnings Call
Market Cap: 2,915.99
Current PX: 31.24
YTD Change($): -23.41
YTD Change(%): -42.836
Bloomberg Estimates - EPS
Current Quarter: 1.477
Current Year: 4.130
Bloomberg Estimates - Sales
Current Quarter: 317.892
Current Year: 936.380

hold that at the favorable coupon rate that the borrowers have. And in the past, they have indicated a willingness to hold loans longer in order to enjoy the benefit of that coupon.

\<Q - George Sacco\>: Okay. Well thanks for your help.

\<A - John Hupalo\>: You're welcome.

## Operator

Next question comes from the line of [inaudible]. Please proceed.

\<Q\>: Hi. Thank you very much for taking my question.

\<A - John Hupalo\>: Sure.

\<Q\>: A lot of questions today about the BBBs and the gain on sale. Where is the current BBB market today if you want to do a securitization today?

\<A - John Hupalo\>: Where the current BBB market is, is in I will say complete disruption. So we hear of spread levels that have quite a large gap. So I don't think it's productive to try to fish for what the right spread level would be now. There are opportunities to do transactions, but again, trading is not robust right now in that marketplace.

\<Q\>: All right. The last securitization you did in the BBB was 135 over LIBOR, right?

\<A - John Hupalo\>: That's right.

\<Q\>: Okay. I mean, is it just like not meaningful to say where it is today or is it like 200 over or 500 over or you just really don't know because of the market dislocation?

\<A - John Hupalo\>: I think you are -- it's closer to what you said at the end of your comment. The market is disrupted.

\<Q\>: Yes. Okay.

\<A - John Hupalo\>: Yeah.

\<A - Jack Kopnisky\>: Yeah.

\<Q\>: And then, just with the buyback, I haven't done the calculations yet. But what's your current book value at the end of the quarter?

\<A - Jack Kopnisky\>: For the buy back?

\<A - John Hupalo\>: No, the Company book value at the end of the quarter.

\<A - Jack Kopnisky\>: [inaudible], why don't we -- we'll get back to you separately on that.

\<Q\>: Okay. And also, one last question, just back to the BBBs. The reason I think people are talking about the BBBs is because it's such a high margin securitization for you guys. Where -- how many buyers did you have of the BBBs in this past securitization?

\<A - John Hupalo\>: In the BBB securities, that market has always been less robust than even the A up to the AAs. So we would have, what I will call, a strong handful, something on the order of half dozen or so investors in those classes.

\<Q\>: I mean, it is my understanding, Dillon Read, was one of those investors. They are not playing right. But you guys have other people to lean on to get them done?

\<A - John Hupalo\>: You are correct. Dillon Read was a player in the BBB marketplace and they are not there anymore. We have -- as we've said before, I've been talking to investors to diversify our liability stream, and we've done that. And we'll see what investors say come the beginning of September for who's in and who's out. Do you have

Company Name: First Marblehead Corp/th
Company Ticker: FMD US
Date: 2007-08-09
Event Description: Q4 2007 Earnings Call
Market Cap: 2,915.99
Current PX: 31.24
YTD Change($): -23.41
YTD Change(%): -42.836
Bloomberg Estimates - EPS
Current Quarter: 1.477
Current Year: 4.130
Bloomberg Estimates - Sales
Current Quarter: 317.892
Current Year: 936.380

any answer, Ken?

<A - Kenneth Klipper>: [inaudible], the book value is about $9 a share.

<Q>: 9 at the end of the quarter?

<A - Kenneth Klipper>: Yeah.

<Q>: Okay. Thanks very much.

<A - John Hupalo>: Thank you.

## Operator

Your next question comes from the line of Todd Wood with Wood & Company. Please proceed.

<Q - Todd Wood>: John and Jack, done great job in a challenging quarter. This is a follow up on the capital markets questions. Leaving aside the BBB portion, have you spoken to any of the previous participants this week, pre-marketing just to get a general sense of willingness and what they are thinking today?

<A - John Hupalo>: Yeah. Thank you, Todd. The answer to the question directly is that it's really too early in the process for us to do that. But we do plan as this month goes on, to reach out to investors who have been with the program and others to see what their level of interest is.

<Q - Todd Wood>: Okay. Thank you. And thanks for the clear answer today as well.

<A - John Hupalo>: You are welcome.

<A - Jack Kopnisky>: Thank you.

## Operator

Your next question comes from the line of [inaudible]. Please proceed.

<Q>: Hi, guys. Congrats on the strong quarter and good year.

<A - Jack Kopnisky>: Thank you.

<Q>: I have a question. Given the success that you guys have had with Astrive and the success that you have had -- that you are beginning to have with Laurel, I'm curious, and you guys continue to just kind of talk about this as sort of test and learn to pass those learnings along. It seems to me that that's an investment and kind of an expensive investment. Why wouldn't you want to keep that proprietary information for yourself and increase the size of your own investment?

<A - Jack Kopnisky>: In essence, because the rising tide floats all boats, so it improves the performance of everyone. So what we're trying to do is we're trying to use those learnings to gain the knowledge from Astrive and grow Astrive as much as we can. But we believe by helping our clients grow that frankly everybody benefits. The students benefit by more accessibility. Our clients benefit and shareholders benefit. So in our view everybody wins by sharing the information.

<Q>: Okay. And then, as obviously you are aware, Sallie Mae is about to change the ownership at some point. Have you begun to see any differences in their activity? I don't know how you monitor the mail activity or whether you monitor the mail activity on behalf of your partners. Can you talk about any changes in their behavior over the past few months or does the mail not really go out for another few weeks?

| | | |
|---|---|---|
| Company Name: First Marblehead Corp/th | Market Cap: 2,915.99 | Bloomberg Estimates - EPS |
| Company Ticker: FMD US | Current PX: 31.24 | Current Quarter: 1.477 |
| Date: 2007-08-09 | YTD Change($): -23.41 | Current Year: 4.130 |
| Event Description: Q4 2007 Earnings Call | YTD Change(%): -42.836 | Bloomberg Estimates - Sales |
| | | Current Quarter: 317.892 |
| | | Current Year: 936.380 |

<A - Jack Kopnisky>: No. The mail is definitely out there already. And no, we haven't seen any change in their behavior. I mean, they are a strong competitor and will be a strong competitor, but we have not seen any change in their behavior.

<Q>: So you haven't -- so there's no discernible impact of them increasing their direct-to-consumer marketing at all?

<A - Jack Kopnisky>: To date, no.

<Q>: Okay. Thank you.

<A - Jack Kopnisky>: Sure.

## Operator

Your next question is a follow-up question from the line of Mike Taiano with Sandler O'Neill. Please proceed.

<Q - Michael Taiano>: Hey, guys. I just had a follow-up on a previous question. If you had to do -- ended up doing a smaller transaction in September, and you left some of the loans, I guess, with your lender partners, I guess first, is there a time -- and it was my understanding, there was a time limit with certain banks as to when you have to buy, basically take out those loans? And then also, does that also impact the yield as well as the longer it stays on their balance sheet versus yours?

<A - John Hupalo>: Yes. You are right, Michael. Your recollection is that a large majority of the contracts are written such that First Marblehead is obligated to purchase the loans from the lender within 180 days of origination. So again, it's a very long period of time. If there is a failure to do that, most of the contracts are written such that there's something like a 1% liquidating damages clause there. Now that's what the contract says. The reality is, as I've said earlier, the banks like the coupon on the loans and we don't think there will be any issue with regard to having them hold them -- those loans on the balance sheet if, in fact, we couldn't securitize or didn't want to securitize all the loans in the period.

<Q - Michael Taiano>: And it would all depend on the yield part? Would it be just a modest impact on the yield once you do securitize it?

<A - Jack Kopnisky>: When you say a modest impact on the yield, what part of the yield are you referring to?

<Q - Michael Taiano>: Well, I guess just what you recognize when you securitize the loans, the aggregate yield? Is there the income, I guess the foregone income, while it's on their balance sheet. I guess that some -- it would only be a few months, right?

<A - John Hupalo>: It's not going to be significant.

<Q - Michael Taiano>: Okay. Great. Thanks.

<A - John Hupalo>: Sure.

## Operator

Your next question comes from the line of [inaudible]. Please proceed.

<Q>: Yeah. Hi, guys. Great quarter.

<A - John Hupalo>: Thank you.

<Q>: With respect to the growth in the Astrive brand, can you talk about if you've been getting any, I guess, complaints from other financial institutions with respect to conflict of interest that is kind of -- are you kind of diverting their business away possibly with the growth of Astrive?

Company Name: First Marblehead Corp/th
Company Ticker: FMD US
Date: 2007-08-09
Event Description: Q4 2007 Earnings Call

Market Cap: 2,915.99
Current PX: 31.24
YTD Change($): -23.41
YTD Change(%): -42.836

Bloomberg Estimates - EPS
Current Quarter: 1.477
Current Year: 4.130
Bloomberg Estimates - Sales
Current Quarter: 317.892
Current Year: 936.380

\<A - Jack Kopnisky\>: No.

\<Q\>: Okay.

\<A - Jack Kopnisky\>: And we haven't been getting any complaints. Once again, our clients -- our view is our clients are very satisfied with the volumes that they are producing and part of their ability to do that by working with us is using that data and information that enables them to have -- that to happen.

\<Q\>: Okay. And then a last question. With respect to the customer concentration, we've seen that decreasing mainly due to the increasing business from newer customers. Can you talk about your confidence and that customer concentration decreasing going forward like for 2008, for example?

\<A - Jack Kopnisky\>: Sure. Our view is that, our top clients will continue to grow and continue to move forward and that our other clients, whether they are new or existing clients, will continue to grow, so that the concentration levels will be in the 35 to 40% range by year end 2008.

\<Q\>: All right. That's really helpful. Thanks, guys.

\<A - Jack Kopnisky\>: Okay.

## Operator

Ladies and gentlemen, this concludes our Q&A session. I would like to hand the call over to Mr. Jack Kopnisky for closing remarks.

## Jack L. Kopnisky, Chief Executive Officer, Chief Operating Officer and President

I just wanted to thank everybody for your support and the terrific questions, and thanks for your interest in First Marblehead. Take care.

## Operator

Thank you for your participation in today's conference. This concludes our presentation. You may now disconnect and have a good day.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP.*

© *COPYRIGHT 2007, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*